TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X  Notice of Filing<br>___ Cross Appeal<br>___ Interlocutory Appeal<br>_ Additional NOA<br>___ Amended NOA<br>___ Transmittal of Record<br>___ Supplement to ROA<br>___ Supplemental Certificate<br>___ Other:_____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>USA<br>V<br>Russell Jones | District Court Case: WDQ-09-288<br><br>4 CCA Case No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge=s recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.   NOA filed: 12/10/2010<br><br>2.   Amended NOA | 4.   Fees<br><br>    **X** no fee required (CJA)<br>$5 filing fee:              paid      unpaid<br>$450 docketing fee:       paid      unpaid<br>Pauper status:         granted    no ___ pending   3 strikes? __ yes  X no<br>Does PLRA apply?    Yes    X no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3.  District Judge: William D. Quarles, Jr. | 5.   Materials Under Seal in District Court        X yes       no<br>      Party Names Under Seal in District Court?  _    yes    X  no |
| 6.   Official Court Reporter(s)<br>      Contract Court Reporter<br>Electronically<br>Martin Giordano<br><br>Coordinator(s):<br>    Stephanie L. Savoy | 7.   Transcript                              X  yes       no |
| | 8.   Criminal/Prisoner Cases<br><br>     recalcitrant witness      Defendants Address:<br> _  on death row<br>    in custody<br>    on bond<br>    on probation |

| **Part II** | TRANSMITTAL OF RECORD TO COURT OF APPEALS |
|---|---|
| ORIGINAL RECORD<br>Pleadings:         Vols. _____<br>Transcript:        Vols. _____<br>Exhibits :         Vols. _____<br>Depositions:       Vols. _____<br>State Ct. Record:  Vols. _____<br>Sealed:            Vols. _____<br>No. of Boxes       _____ | SUPPLEMENT TO RECORD - _____<br>Pleadings:         Vols. _____<br>Transcript:        Vols. _____<br>Exhibits:          Vols. _____<br>Depositions:       Vols. _____<br>State Ct. Record:  Vols. _____<br>Sealed:            Vols. _____<br>No. of Boxes       _____ |

Deputy Clerk: Stephanie L. Savoy     Phone:    (410) 962-3928          Date: December 14 2010